

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>  Plaintiff, <br><br> vs. <br><br> STEPHAN FRANCIS DAVIS, <br><br> Defendant. | No. CR-03-11-GF-SEH <br> CV-04-58-GF-SEH <br><br> **ORDER** |

United States Magistrate Judge Carolyn S. Ostby entered her Findings and Recommendation[1] on October 20, 2006. Plaintiff filed objections on October 23, 2006. Defendant filed objections on November 1, 2006. The Court reviews *de novo* findings and recommendation to which objection is made. 28 U.S.C. § 636(b)(1).

Upon *de novo* review of the record, I find no clear error in Judge Ostby's Findings and Recommendation and adopt them in full.

---

[1] Docket No. 23

ORDERED:

1. Defendant's Motion to Vacate[2] is GRANTED as to the Rule 11 claim and DENIED as to ineffective assistance of counsel claim.

2. Defendant's conviction on Count IV is VACATED.

DATED this 6th day of March, 2007.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge

---

[2] Docket No. 18.